ACCEPTED
01-15-00183-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/10/2015 3:45:42 PM
CHRISTOPHER PRINE
CLERK

**IN THE COURT OF APPEALS FOR THE**
**FIRST COURT OF APPEALS DISTRICT**
**No. 01-15-00183-CR**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/10/2015 3:45:42 PM
CHRISTOPHER A. PRINE
Clerk

**ROY VASQUEZ**
Appellant,

V.

**THE STATE OF TEXAS**
Appellee

On Appeal From the 230th
District Court of Harris County
Trial Cause Number 1437421

## APPELLANT'S SECOND MOTION TO EXTEND TIME TO FILE BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Roy Vasquez, Appellant in the above cause, would respectfully request that the Court grant his motion to extend the time to file his brief. In support of said motion, Appellant would show unto the Court the following:

I.

This appeal lies from the Appellant's conviction in *The State of Texas v. Roy Vasquez,* cause number 1437421 in the 230th District Court of Harris County, Texas. The Appellant was charged by indictment with aggravated sexual assault on August 8, 2014. The Appellant was found guilty of the lesser-included offense of sexual assault on February 12, 2015, following a jury trial. The Appellant was sentenced to seventeen (17) years confinement in the Texas Department of Corrections – Institutional Division. One previous extension has been requested and granted.

II.

Appellant's attorney of record has not been able to timely file the brief for the following reasons:

1. A hearing on a Motion for New Trial in *Sylvia Collins v. State of Texas*, cause number 1390220, which was held on June 1, 2015;

2. A direct appeal brief in *Andrew Ealy v. State of Texas*, cause number 1385088, which was submitted on June 8, 2015;

3. A brief on the merits before the Court of Criminal Appeals in Jose Vasquez v. State of Texas, cause number 1333231, which is due on June 11, 2015;

4. A direct appeal brief in *Jeremy Washington v. State of Texas*, cause number 1862655, which is due on June 15, 2015;

5. A direct appeal brief in *Weylin Alford v. State of Texas*, cause number 1450840, which is due on June 22, 2015.

III.

An extension of time is necessary so that the brief can be timely filed.  This motion is not made for the purpose of delay.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court will grant this requested extension of time to file the Appellant's Brief in the above cause and extend the time for filing the brief for thirty (30) days.

Respectfully submitted,

Alexander Bunin
Chief Public Defender

/s Mark Kratovil
Mark Kratovil
State Bar No. 24076098
Harris County Public Defender's Office
Assistant Public Defender
1201 Franklin, 13th Floor
Houston, Texas 77002
Tel:  (713)274-6728
e-Fax:  (713)437-4339

## CERTIFICATE OF SERVICE

I certify that on June 10, 2015, a copy of the foregoing instrument has been served upon the State of Texas by electronic delivery to the Appellate Division of the Harris County District Attorney's Office.

/s Mark Kratovil
MARK KRATOVIL